IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 91-8586
Summary Calendar
_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

        versus


MODESTO SERNA SANCHEZ, JR.,
also known as Number 6,

                                        Defendant-Appellant.



_____

Appeal from the United States District Court
for the Western District of Texas
(W-90-CR-121)
_____


January 28, 1999

Before KING, Chief Judge, GARWOOD and SMITH, Circuit Judges.

PER CURIAM:[*]

        Modesto Serna Sanchez, Jr. appeals from the district court's
denial of his request for the production of notes prepared by
federal agents who debriefed several plea-bargaining codefendants.
Sanchez argues that the district court erred by determining that
the debriefing notes prepared by the government agents contained

        [*]Pursuant to 5TH CIR. R.47.5 the Court has determined  that this
opinion should not be published and is not precedent except under
the limited circumstances set forth in 5TH CIR. R. 47.5.4.

neither *Brady* nor Jencks Act material.  We have reviewed the record and find no reversible error.  Any error committed by the district court in determining that the debriefing notes were not Jencks Act material is harmless.  *See United States v. Hodgkiss*, 116 F.3d 116, 118 (5th Cir. 1997).  Further, Sanchez has failed to show that the notes contained any material favorable to him under *Brady*.  Accordingly, the judgment of the district court is AFFIRMED.